# "UNITED STATES DISTRICT COURT"
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

"PRO SE"

> RANDY A. HART,
#2138649 W/M
Plaintiff,

vs.

> AUBURNDALE POLICE
DEPARTMENT [IN] POLK
COUNTY, FLORIDA,
Defendants.

> Case Number:
To Be Set.

8:22 CV 290 MSS-CPT

## "CIVIL RIGHTS COMPLAINT"
## 42 U.S.C. § 1983

> Allegations such as those asserted by plaintiff, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence.* With assurance that under the allegations of this Pro Se complaint, which is held to less stringent standards than formal pleadings drafted by lawyers, it appears 'beyond doubt that the

N.8

C/File

> 28 U.S.C. § 1367(a)(supp. III 1991)

plaintiff <u>can prove facts</u> in support of his claim which would entitle him to relief.

\*\* See: Case No. # 8:13-cv-2533-T-30MAP, see the "<u>REVIEW OF DOCUMENTS.</u>" This Honorable Court [at] www.flmd-uscourts.gov ▓▓▓▓▓

> The district court exercised its supplemental jurisdiction over state law claims of <u>false arrest</u>, battery, <u>and defamation</u>. See: 28 U.S.C. § 1367(a)(supp. III 1991).

> Allegations of <u>PRO se</u> complaint of prisoner, seeking to recover damages for claimed injuries from the defendant<u>s</u> in the amount of Twenty (20) Million Dollars.

> plaintiff request from this Honorable Court to proceed in forma pauperis? plaintiff is indigent for this cause. See jail records, inmate accounts.

> Cause of action exists under

C/File

> Fed. R. App. P. 3

Eighth Amendment.* CRUEL AND UNUSUAL PUNISHMENT. U.S.C.A. Const. Amend. 8.

> Federal Courts sit not to supervise jails/prisons but to enforce Constitutional rights of all "persons", including prisoners.

"LAW"

** Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001).
* Haines v. Kerner, 404 U.S. 519 (1972).
** Cruz v. Beto, 405 U.S. 319 (1972).
** Fed. R. App. P. 3

* Randy all Hart #2138649/ Pro Se *
  Randy Allen Hart #2138649/ Pro Se *
  Polk County Jail/South County
  2390 Bob Phillips Road.
  Bartow, Florida. 33830
  January 25, 2022
  Sheriff: Grady Judd
*   LT. Rudolph
    Ofc. Mendez
    28 U.S.C. § 1915(9)

C/File